■ In the Matter of INJAH E. TAFARI, Appellant, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, New York State Department of Correctional Services, Respondent. [833 NYS2d 421]—Appeal from a judgment (denominated decision) of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated December 10, 2004 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ.